# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE WEATHERINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. RIOS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-00906-AWI-SKO (PC)<br><br>ORDER DENYING MOTION TO AMEND AS UNNECESSARY AND DIRECTING CLERK'S OFFICE TO AMEND DOCKET TO REFLECT FILING OF AMENDED COMPLAINT<br><br>(Doc. 13) |

　　　Plaintiff Monte Weatherington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 12, 2014. On June 1, 2015, Plaintiff filed a motion seeking leave to amend combined with an amended complaint.

　　　It is unnecessary for Plaintiff to seek leave to amend in light of the orders filed on March 16, 2015, and May 27, 2015. Accordingly, Plaintiff's motion is HEREBY DENIED and the Clerk's Office is DIRECTED to amend the docket entry (#13) to reflect the filing is Plaintiff's amended complaint.

IT IS SO ORDERED.

　　Dated: __**June 2, 2015**__　　　　　　　　　_____/s/ Sheila K. Oberto_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE